56299, 56300. SHEARS v. THE STATE (two cases).

WEBB, Judge.

The evidence authorized, if not demanded, the guilty verdict; and no error of law appearing the judgment is affirmed.

*Judgment affirmed. Quillian, P. J., and McMurray, J., concur.*

SUBMITTED SEPTEMBER 5, 1978 — DECIDED SEPTEMBER 21, 1978.

*R. Allen Hunt,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Donald J. Stein, Assistant District Attorneys,* for appellee.